50 A.3d 1256

**Frederick E. MILLER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 20 MAP 2012.**

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is **AFFIRMED.**